369 P.2d 43

**STATE ex rel. Bernard A. KLEIN, Petitioner,**

v.

**The SECOND JUDICIAL DISTRICT COURT of the State of New Mexico WITHIN AND FOR the COUNTY OF BERNALILLO, and The Honorable D. A. Macpherson, Jr., as Judge of the Fourth Division thereof, Respondents.**

**No. 7148.**

Supreme Court of New Mexico.

March 6, 1962.

CARMODY, MOISE and NOBLE, Justices, sitting.

ORDERED that the petition for writ of prohibition be and the same is hereby denied.

369 P.2d 43

**Petition of O. P. EASTERWOOD, Sr., for Reinstatement to the State Bar of New Mexico.**

**No. 6837.**

Supreme Court of New Mexico.

March 7, 1962.

CARMODY, Acting Chief Justice, and MOISE and NOBLE, Justices, concurring; COMPTON, Chief Justice, and CHAVEZ, Justice, not participating.

ORDERED that the Report of the Commissioners of the State Bar of New Mexico, recommending denial of the petition for reinstatement, be and the same is hereby approved.